Charles L. Roberts (USB No. 5137)
croberts@wnlaw.com
Cara J. Baldwin (USB No. 11863)
cbaldwin@wnlaw.com
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800
Facsimile:  (801) 328-1707

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NATHAN T. CONK,<br><br>        Plaintiff,<br><br>v.<br><br>JORDAN OUTDOOR ENTERPRISES, LTD., HAAS OUTDOORS, INC., KING'S SHADOW CAMO, LLC, CABELA'S, INC., HUNTING ATTRACTIONS, LLC, LONGLEAF CAMO, LLC, MOTHWING APPAREL, LLC, VANISH CAMO, LLC d/b/a CAMOWEST, MATHEWS, LLC, NEXT CAMO, LLC, CORE RESOURCES, INC. d/b/a GAMEHIDE, AND TRUE TIMBER OUTDOORS, INC.,<br><br>        Defendants. | Civil Action No. 2:10-CV-00005-PMW<br><br>**NOTICE OF DISMISSAL OF VANISH CAMO, LLC d/b/a CAMOWEST**<br><br>Honorable Paul M. Warner |

Pursuant to the provisions of Rule 41(a)(1)(A), Plaintiff Nathan T. Conk hereby dismisses his complaint against defendant Vanish Camo, LLC d/b/a Camowest ("Camowest"). Camowest has not answered nor filed a motion for summary judgment.

DATED this 18th day of March, 2010.

                WORKMAN NYDEGGER


        By     /s/ Charles L. Roberts
                Charles L. Roberts
                Cara J. Baldwin
                1000 Eagle Gate Tower
                60 East South Temple
                Salt Lake City, UT  84111
                (801) 533-9800
                (801) 328-1707 (FAX)

                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

On this 18th day of March, 2010, I electronically filed the foregoing **NOTICE OF DISMISSAL OF VANISH CAMO, LLC d/b/a CAMOWEST** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties in the case. I additionally caused a true and correct copy to be delivered to attorneys for defendant, Vanish Camo, LLC d/b/a Camowest, via first class mail, postage prepaid, addressed as follows:

>Gregg I. Anderson, Esq.
>GORDON & REES LLP
>101 W. Broadway, Suite 2000
>San Diego, CA 92101

             /s/Charles L. Roberts