Charles L. Roberts (USB No. 5137)
*croberts@wnlaw.com*
Cara J. Baldwin (USB No. 11863)
*cbaldwin@wnlaw.com*
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800
Facsimile:  (801) 328-1707

*Attorneys for Plaintiff, Nathan T. Conk*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| NATHAN T. CONK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:10-CV-00005-DB |
| | ) | |
| v. | ) | |
| | ) | **STIPULATED DISMISSAL OF** |
| JORDAN OUTDOOR ENTERPRISES, | ) | **MATHEWS MANUFACTURING, INC.** |
| LTD., HAAS OUTDOORS, INC., KING'S | ) | **WITH PREJUDICE** |
| SHADOW CAMO, LLC, CABELA'S, INC., | ) | |
| MATHEWS, LLC, AND CORE | ) | |
| RESOURCES, INC. d/b/a GAMEHIDE, | ) | Honorable Dee Benson |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nathan T. Conk ("Conk") and Defendant Mathews Manufacturing, Inc. ("Mathews") (identified in the caption as "Mathews LLC") hereby stipulate to the dismissal of this action against Mathews, with prejudice, with each party to pay its own costs and attorneys' fees.

DATED this 27th day of October, 2010.

| | |
|---|---|
| **WORKMAN | NYDEGGER** | **FISH & RICHARDSON P.C.** |
| /s/   *Charles. L. Roberts* | /s/   *Michael E. Florey* |
| Charles L. Roberts | Michael E. Florey |
| Cara J. Baldwin | Michael J. Pape |
| WORKMAN NYDEGGER | FISH & RICHARDSON P.C. |
| 1000 Eagle Gate Tower | 60 South Sixth Street |
| 60 East South Temple Street | 3200 RBC Plaza |
| Salt Lake City, Utah 84111 | Minneapolis, MN  55402 |
| croberts@wnlaw.com | florey@fr.com |
| cbaldwin@wnlaw.com | pape@fr.com |
| | |
| ATTORNEYS FOR PLAINTIFF NATHAN T. CONK | ATTORNEYS FOR DEFENDANT MATHEWS MANUFACTURING, INC. |