Charles L. Roberts (USB No. 5137)
*croberts@wnlaw.com*
Cara J. Baldwin (USB No. 11863)
*cbaldwin@wnlaw.com*
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800
Facsimile:  (801) 328-1707

*Attorneys for Plaintiff, Nathan T. Conk*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NATHAN T. CONK, | |
| Plaintiff, | Civil Action No. 2:10-CV-00005-DB |
| v. | |
| JORDAN OUTDOOR ENTERPRISES, LTD., HAAS OUTDOORS, INC., KING'S SHADOW CAMO, LLC, CABELA'S, INC., MATHEWS, LLC, AND CORE RESOURCES, INC. d/b/a GAMEHIDE, | **STIPULATED DISMISSAL OF CORE RESOURCES, INC.'S COUNTERCLAIMS**<br><br>Honorable Dee Benson |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nathan T. Conk ("Conk") and Defendant Core Resources, Inc., d/b/a Gamehide ("Core") hereby stipulate to the dismissal of Core's counterclaims against Conk, without prejudice.  Each party to pay its own costs and attorneys' fees.

DATED this 20th day of January, 2011.

| | |
|---|---|
| **WORKMAN \| NYDEGGER** | **SHERILL LAW OFFICES PLLC** |
| /s/   Charles. L. Roberts | /s/      Michael S. Sherill |
| Charles L. Roberts | Michael S. Sherrill |
| Cara J. Baldwin | Kathryn K. Smith |
| WORKMAN NYDEGGER | SHERRILL LAW OFFICES, PLLC |
| 1000 Eagle Gate Tower | 4756 Banning Avenue, Suite 212 |
| 60 East South Temple Street | White Bear Lake, MN  55110 |
| Salt Lake City, Utah 84111 | MichaelS@SherrillLaw.com |
| croberts@wnlaw.com | KathrynS@SherrillLaw.com |
| cbaldwin@wnlaw.com | |
| ATTORNEYS FOR PLAINTIFF NATHAN T. CONK | ATTORNEYS FOR DEFENDANT CORE RESOURCES, INC. |