Charles L. Roberts (USB No. 5137)
*croberts@wnlaw.com*
Cara J. Baldwin (USB No. 11863)
*cbaldwin@wnlaw.com*
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800
Facsimile:  (801) 328-1707

*Attorneys for Plaintiff, Nathan T. Conk*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NATHAN T. CONK,<br><br>              Plaintiff,<br><br>       v.<br><br>JORDAN OUTDOOR ENTERPRISES, LTD., HAAS OUTDOORS, INC., KING'S SHADOW CAMO, LLC, CABELA'S, INC., MATHEWS, LLC, AND CORE RESOURCES, INC. d/b/a GAMEHIDE,<br><br>              Defendants. | Civil Action No. 2:10-CV-00005-DB<br><br>**STIPULATED DISMISSAL OF CABELA'S, INC. WITH PREJUDICE**<br><br>Honorable Dee Benson |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nathan T. Conk ("Conk") and Defendant Cabela's, Inc. ("Cabela's") hereby stipulate to the dismissal of Conk's claims against Cabela's with prejudice and to the dismissal of Cabela's counterclaims against Conk without prejudice, with each party to pay its own costs and attorneys' fees.

DATED this 24th day of January, 2011.

| WORKMAN | NYDEGGER | K&L GATES LLP |
|---|---|

**WORKMAN | NYDEGGER**                               **K&L GATES LLP**

/s/    Charles. L. Roberts                           /s/       Christopher J. Fahy
Charles L. Roberts                                   Christopher J. Fahy
Cara J. Baldwin                                      K&L GATES LLP
WORKMAN NYDEGGER                                     70 W. Madison, Suite 3100
1000 Eagle Gate Tower                                Chicago, IL 60602
60 East South Temple Street                          Christopher.fahy@klgates.com
Salt Lake City, Utah 84111
croberts@wnlaw.com
cbaldwin@wnlaw.com                                   ATTORNEYS FOR DEFENDANT
                                                     CABELA'S, INC.
ATTORNEYS FOR PLAINTIFF
NATHAN T. CONK