Charles L. Roberts (USB No. 5137)
*croberts@wnlaw.com*
Cara J. Baldwin (USB No. 11863)
*cbaldwin@wnlaw.com*
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800
Facsimile:  (801) 328-1707

*Attorneys for Plaintiff, Nathan T. Conk*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NATHAN T. CONK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JORDAN OUTDOOR ENTERPRISES, LTD., HAAS OUTDOORS, INC., KING'S SHADOW CAMO, LLC, CABELA'S, INC., MATHEWS, LLC, AND CORE RESOURCES, INC. d/b/a GAMEHIDE,<br><br>　　　　Defendants. | Civil Action No. 2:10-CV-00005-DB<br><br>**STIPULATED DISMISSAL OF JORDAN OUTDOOR ENTERPRISES, LTD., WITH PREJUDICE**<br><br>Honorable Dee Benson |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nathan T. Conk ("Conk") and Defendant Jordan Outdoor Enterprises, Ltd. ("Jordan Outdoor") hereby stipulate to the dismissal, with prejudice, of this action against Jordan Outdoor and to the dismissal of Jordan Outdoor's counterclaims against Conk, without prejudice, with each party to pay its own costs and attorneys' fees.

DATED this 25th day of February, 2011.

| **WORKMAN | NYDEGGER** | **SUTHERLAND ASBILL & BRENNAN LLP** |
|---|---|
| */s/*   Charles. L. Roberts | */s/*   Jeffery Blake |
| Charles L. Roberts | Jeffery Blake |
| Cara J. Baldwin | Sutherland Asbill & Brennan LLP |
| WORKMAN NYDEGGER | 999 Peachtree Street NE |
| 1000 Eagle Gate Tower | Atlanta, Georgia 30309-3996 |
| 60 East South Temple Street | jeffery.blake@sutherland.com |
| Salt Lake City, Utah 84111 | |
| croberts@wnlaw.com | ATTORNEYS FOR DEFENDANT |
| cbaldwin@wnlaw.com | JORDAN OUTDOOR ENTERPRISES, LTD. |
| | |
| ATTORNEYS FOR PLAINTIFF | |
| NATHAN T. CONK | |