Jarod R. Marrott (USB No.: 10219)
jmarrott@kmclaw.com
KIRTON & McCONKIE, PC
1800 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone:  801-328-3600
Facsimile:  801-321-4893

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NATHAN T. CONK<br><br>Plaintiff,<br><br>vs.<br><br>JORDAN OUTDOOR ENTERPRISES, LTD.; HAAS OUTDOORS, INC.; KING'S SHADOW CAMO, LLC; CABELA'S, INC.,<br><br>Defendants. | **ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW CASE FROM MEDIATION**<br><br>Civil File No.:  2:10-cv-5-DN<br><br>Judge David Nuffer |

Pursuant to the Unopposed Motion to Withdraw Case from Mediation (docket # 255), the Court GRANTS the motion and orders that the case be withdrawn from proceedings under the Court's ADR program.

Dated this 12th day of February, 2013.

        BY THE COURT:

        _____
        David Nuffer
        United States District Judge