Charles L. Roberts (5137, *croberts@wasatch-ip.com*)
**WASATCH-IP, A PROFESSIONAL CORPORATION**
2825 E. Cottonwood Parkway, Suite 500
Salt Lake City, UT  84121
Telephone:  (801) 292-5300
Facsimile: (801) 506-6699

*Attorneys for Plaintiff, Nathan T. Conk*

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| NATHAN T. CONK, | ) | Civil Action No. 2:10-CV-5-DN |
| | ) | |
| Plaintiff, | ) | |
| | ) | HONORABLE DAVID NUFFER |
| v. | ) | |
| | ) | |
| HAAS OUTDOORS, INC., | ) | **JOINT CASE STATUS REPORT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to this Court's order dated April 9, 2013 (Docket # 263) the parties submit this joint status report:

This case is presently stayed pending reexamination at the U.S. Patent and Trademark Office ("PTO") of the patent in suit.  The Petition for Reexamination was granted by the PTO on April 2, 2013.  The PTO issued non-final Office Action in the case on March 27, 2014, to which Mr. Conk responded on May 19, 2014.  As of the date of this Status Report, the PTO has not yet acted on Mr. Conk's response.

DATED this 4th day of August, 2014.

2

By     */s/ Charles L. Roberts*
          Charles L. Roberts
          WASATCH-IP
          2825 E. Cottonwood Parkway, Suite 500
          Salt Lake City, UT  84121
          (801) 292-5300

          Attorneys for Plaintiff, Nathan Conk


By     */s/ Jarod R. Marrott*
          Benson L. Hathaway, Jr.
          Jarod R. Marrott
          Adam D. Stevens
          KIRTON McCONKIE, PC
          60 East South Temple, Suite 1800
          Salt Lake City, UT  84111
          (801) 328-3600
          (801) 321-4893 (FAX)

          W. Whitaker Rayner
          WATKINS LUDLAM WINTER & STENNIS PA
          190 East Capitol Street, Suite 800
          P.O. Box 427
          Jackson, MS  39205-0427
          (601) 949-4900

          Attorneys for Defendant, Haas Outdoors, Inc.

2